**United States District Court**
**Violation Notice**

CVB Location Code: EV64

Violation Number: 4761329
Officer Name (Print): MARTIN
Officer No.: 447

4761329

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 11/15/2014 1020
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 4.21(c)

Place of Offense: N/B GWMP @ BELLE VIEW BLVD

Offense Description; Factual Basis for Charge:
LASER # UX025933   SPEED 60/35
R/S
L/L TO R/L PASSING   1136.5 FEET

HAZMAT ☐

**DEFENDANT INFORMATION**
Last Name: DUNN
First Name: LILI
M.I.: F.

Tag No.: KFZ2590
State: VA
Year: —
Make/Model: BMW/X5
PASS ☐
Color: SUV SILV.

A. ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B. ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 135 Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ 160.00 Total Collateral Due

YOUR COURT DATE
Court Address: U.S. District Court
401 Courthouse Square
Alexandria, VA 22314
(703) 299-2100
Date: 02/12/2015
Time: 0900

X Defendant Signature: _____

(Rev. 01/2011)   Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident